UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6168



IN RE MOTION TO SEAL
INDICTMENT AND
ARREST WARRANT

FILED by ___ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER TO SEAL

CR - FERGUSON

MAGISTRATE JUDGE
SNOW

Upon the motion of the United States of America to seal the Indictment, Penalty Sheets, Certificate of Trial Attorney and Arrest Warrants in this matter and it appearing that the United States has demonstrated good cause thereon, it is hereby,

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court is directed to file under seal the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies of the arrest warrants for law enforcement purposes), until the arrest of the first defendant or further order of the Court.

DONE AND ORDERED in Fort Lauderdale, Florida, this 20th day of June, 2000.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE

