# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.
ERIC SILVERMAN

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## WARRANT FOR ARREST

CASE NUMBER: 00-6168

**CR - FERGUSON**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ERIC SILVERMAN___

MAGISTRATE JUDGE
Name  SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

**charging him or her with** (brief description of offense) CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_Debbie Duncan_
Signature of Issuing Officer

Date and Location

_Lurana S. Snow_
Bail fixed at $ _100,000 personal surety_  by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

_Defendant not to be incarcerated overnight_

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

