COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ERIC SILVERMAN (surr)    CASE NO: 00-6168-CR-FERGUSON
AUSA: LYNN ROSENTHAL /nls/     ATTY: Ted Crespi  perm
AGENT: _____  VIOL: _____
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no     COUNSEL APPOINTED [FILED stamp JUN 2? 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]
    BOND SET @ 100,000  PSB
    SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____
4) surrender passport w/in 24 hrs to PTS

Advised of Charges

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____
                        PTD/BOND HRG: _____
                        PRELIM/ARRAIGN: _____
                        REMOVAL HRG: _____
                        STATUS CONF: 7-21  //  LSS

Date: 6/22/00  Time 11:00   FTL/LSS TAPE #00- 52   Begin: 1569   End: 2367

13
5