UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-WDF

  Plaintiff,

vs.                          **NOTICE OF APPEARANCE**

ERIC SILVERMAN,

  Defendants.
_____/

FILED by D.C.
JUN 22 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

Please take notice that TED CRESPI, P.A., hereby appears as attorney for the Defendant, ERIC SILVERMAN, in the above-entitled cause.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 22nd day of June, 2000, to the U.S. ATTORNEY'S OFFICE, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301

> TED CRESPI, P.A.
> Attorney for Defendant
> Prudential Plaza, Suite 218
> 1776 North Pine Island Road
> Plantation, Florida 33322
> Telephone: (954) 475-7111
> Facsimile: (954) 475-7211
>
> BY: _____
> TED CRESPI, ESQUIRE
> Florida Bar No. 437689

C:\WP60\FED\NOA

31