



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs

ERIC SILVERMAN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: ON BOND FORM

                   Telephone:

DEFENSE COUNSEL:   Name: TED CRESPI, ESQ.

                   Address:

                   Telephone:

BOND SET:          $ 100,000 PERSONAL SURETY

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 22ND day of JUNE, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. / 00-031

cc: Copy for Judge
    U. S. Attorney

