# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__   *484764*

UNITED STATES OF AMERICA

V.

ERIC SILVERMAN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6168**

**CR - FERGUSON**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ERIC SILVERMAN__
Name

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371,1344,1014,1010 AND 2__

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*[signature] Debbie Duran*
Signature of Issuing Officer

Date and Location

*Lurana S. Snow*

Bail fixed at $ *100,000 personal surety*   by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

*Defendant not to be incarcerated overnight*

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/20/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

