UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-Ferguson

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court for an extension of time to file motions, and in support thereof would show:

1.  This Honorable Court recently issued an order requiring motions be filed on or before July 20, 2000. At the time of arraignment, counsel announced to the Court that he was going to be out of the district for vacation plans between July 2, 2000, through July 16, 2000, and between July 19, 2000, through July 23, 2000. Counsel will only be in the district two (2) days during that three (3) week period. This is the first time in counsel's legal career that he has taken an extended vacation.

2. Counsel has not had time to complete a thorough investigation of all matters, to prepare anything other than boilerplate motions.

3. Discovery in this case has not yet been reviewed. A discovery conference is scheduled for Monday, July 24, 2000, at 10:30 a.m. in Miami. At that time, the parties will have an opportunity to determine what evidentiary motions should be filed.

4. It is anticipated that this Defendant is going to enter into a plea agreement, which may obviate the need to file any motions once counsel has an opportunity to review discovery.

5. This motion is presented in good faith and not interposed for delay. Counsel has filed a motion to adopt the motions of all co-defendants for which the Defendant has standing.

6. Pursuant to Local Rule 88.9, contact has been made with Assistant U.S. Attorney Lynn Rosenthal, who has no objection to the Defendant's request for an extension of time to file motions through August 4, 2000.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for an order extending the time to file motions through August 4, 2000.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this __19__ day of July, 2000, to LYNN ROSENTHAL, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; THEODORE KLINE, ESQ., 800 Brickell Avenue, Penthouse 2, Miami, Florida 33131; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Telephone: (954) 475-7111
        Facsimile: (954) 475-7211

BY: _____
        TED CRESPI, ESQUIRE
        Florida Bar No. 437689