UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,      CASE NO. 00-6168-CR-Ferguson

    Plaintiff,
vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION TO CONTINUE

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court for a continuance of the trial period commencing Monday, July 31, 2000, with calendar call on Monday, July 24, 2000, and in support thereof would show:

1. Counsel left for vacation days after this case was arraigned. This was counsel's first long vacation after fifteen (15) years in practice. Counsel returned to work two (2) days prior to the calendar call of July 24, 2000.

2. The attorneys have not participated in a discovery conference as of yet. It is tentatively scheduled for Monday, July 24, 2000, at 10:30 a.m. in Miami. Counsel is specially set for trial before the Honorable Gary Cowart

on Monday, July 24, 2000, at 9:30 a.m. in re: *State v. Helen Goldberg*. See attached Exhibit "A." It is unlikely that counsel will be able to review all of the evidence on that date because of the trial conflict. It is also unlikely that counsel will be able to appear for calendar call on Monday, July 24, 2000, because of that trial conflict.

3.  Additional time is necessary in order to properly prepare. There are thousands of pages of documents and other exhibits involved in preparation of the case. Preliminarily it appears that this Defendant will be entering a plea to the Indictment, though negotiations have not yet been completed with the Government and counsel's analysis of the evidence and sentencing issues need to be completed before final recommendations are made to the Defendant.

4.  This motion is presented in good faith and not interposed for delay. Speedy trial will be tolled during this period of time for pre-trial preparation.

5.  Pursuant to Local Rule 89, contact has been made with Assistant U.S. Attorney Lynn Rosenthal, who has no objection to the Defendant's request for a continuance.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for a continuance of the commencing Monday, July 31,

2000, and calendar call and discovery conference scheduled for July 24, 2000.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this $\underline{19^{th}}$ day of July, 2000, to LYNN ROSENTHAL, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; THEODORE KLEIN, ESQ., 800 Brickell Avenue, Penthouse 2, Miami, Florida 33131; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

TED CRESPI, P.A.<br>
Attorney for Defendant<br>
Prudential Plaza, Suite 218<br>
1776 North Pine Island Road<br>
Plantation, Florida 33322<br>
Telephone: (954) 475-7111<br>
Facsimile: (954) 475-7211<br><br>
BY:_____<br>
TED CRESPI, ESQUIRE<br>
Florida Bar No. 437689

IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

### MISDEMEANOR DIVISION

STATE OF FLORIDA,                           CASE NO. 99-29169 MM 10A

    Plaintiff,                                Judge Cowart

vs.

HELEN GOLDBERG,

    Defendant.
_____/

### NOTICE OF TRIAL
### (Special Set)

TO: STATE ATTORNEY'S OFFICE
    Judge Cowart's Division
    Broward County Courthouse
    201 Southeast Sixth Street - 7th Floor
    Fort Lauderdale, Florida 33301

**PLEASE TAKE NOTICE** that the above cause is scheduled for Trial before the Honorable Gary Cowart, at the Broward County Courthouse, 201 Southeast Sixth Street, Room 336, Fort Lauderdale, Florida, on **MONDAY, JULY 24, 2000, at 9:30 a.m.**, or as soon thereafter as the matter may be heard.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Notice of Hearing was mailed to the above-named addressee on this _17_ day of May, 2000.

                              TED CRESPI, P.A.
                              Attorney for Defendant
                              Prudential Plaza, Suite 218
                              1776 North Pine Island Road
                              Plantation, Florida 33322
                              Telephone: (954) 475-7111
                              Facsimile: (954) 475-7211

By: _____
                              TED CRESPI, ESQUIRE
                              Florida Bar No.437689   **EXHIBIT "A"**