UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,      CASE NO. 00-6168-CR-Ferguson

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT MOTIONS

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to enter an order authorizing the Defendant to adopt all motions filed by co-defendants for which this Defendant has standing, and in support thereof would show:

1.    In an effort to avoid the duplicitous filing of motions, many of which contain boilerplate language, case law, etc., the Defendant is respectfully moving this Honorable Court to allow him to adopt the motions of co-defendants. The Defendant recognizes that there are certain issues within those motions which he may not have standing or, in the alternative, the issue may apply to this Defendant and he will opt out of those motions filed by co-defendants.

2.    Contact has been made with Assistant U.S. Attorney Lynn Rosenthal, who has no objection to the Defendant's motion to adopt the motions of co-defendants for which the Defendant has standing.

**WHEREFORE**, Defendant, **ERIC SILVERMAN,** respectfully moves this Honorable Court to enter an order authorizing the Defendant to adopt all motions filed by co-defendants for which he has standing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 19th day of July, 2000, to LYNN ROSENTHAL, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; THEODORE KLEIN, ESQ., 800 Brickell Avenue, Penthouse 2, Miami, Florida 33131; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

> TED CRESPI, P.A.
> Attorney for Defendant
> Prudential Plaza, Suite 218
> 1776 North Pine Island Road
> Plantation, Florida 33322
> Telephone: (954) 475-7111
> Facsimile:  (954) 475-7211
>
> BY:_____
> TED CRESPI, ESQUIRE
> Florida Bar No. 437689