UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

       Plaintiff,                :

v.                                 :

MARK COHEN, et al.,                :

       Defendants.               :

FILED by _____ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

       THIS CAUSE is before the Court on defendant **Paul Saltz'**
Motion for Specific <u>Brady</u> Material (DE 58) and Motion to Interview
Prospective Witnesses (DE 64), which was referred to United States
Magistrate Judge, Lurana S. Snow.  Being fully advised, it is
hereby

       ORDERED AND ADJUDGED that the Government shall respond to
the motions, on or before August 11, 2000.

       DONE AND ORDERED at Fort Lauderdale, Florida, this 1st
day of August, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.
Donald Bierman, Esq.
Robert Josefsberg, Esq.
John Howes, Esq.
Gary Kollin, Esq.