UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

v.                                 :

MARK COHEN, et al.,                :

    Defendants.                    :



**O R D E R**

THIS CAUSE is before the Court on defendant **Eric Silverman's** Motion to Adopt Co-Defendant Motions (DE 70), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in the proper format.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of July, 2000.

                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.

