UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,                 :

v.                                 :

MARK COHEN, et al.,                :

    Defendants.                :



**O R D E R**

THIS CAUSE is before the Court on defendant **Eric Silverman's** Motion for Extension of Time to File Motions (DE 68), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Counsel for defendant Eric Silverman shall have until August 4, 2000, within which to file pretrial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of July, 2000.

                               LURANA S. SNOW
                               UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.
Donald Bierman, Esq.
Robert Josefsberg, Esq.
John Howes, Esq.
Gary Kollin, Esq.

