UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,         CASE NO. 00-6168-CR-
                                  FERGUSON
  Plaintiff,

vs.

ERIC SILVERMAN,

  Defendants.
_____/

### DEFENDANT'S MOTION TO PREVENT PROBATIONARY CONTACT WITH EMPLOYER

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to enter an order prohibiting Probation from contacting the Defendant's employer, and in support thereof would show:

1. After nearly a year, the Defendant has finally secured a job at the Clarion Hotel as an assistant manager. He is doing well.

2. If Probation contacts his employer directly, it is likely that his job will be terminated, leaving him without a source of income. The Defendant is going to have a very difficult time meeting all the financial obligations that are likely to be imposed.

3. The Defendant has never hurt his employer. Although the

charge is a fraud charge against a government agency, it is not the type of incident that occurred because of the Defendant's intent to hurt anyone.

4. Contact has been made with Orlando Burgos, Probation Officer, who has no objection to the Defendant's motion to prohibit probationary contact with his employer.

5. Contact has been made with Assistant U.S. Attorney Jeffrey Kaplan, who is in agreement with the Probation Officer, and has no objection to the Defendant's motion to prohibit probationary contact with his employer.

6. The Defendant provided 5K1 assistance long before any of the indictments were handed down. The Defendant has no criminal history whatsoever. He is educated and comes from a well-respected family. He made a mistake, has pled guilty and is prepared to pay the consequences but does not want to adversely affect the good things he has done to help his family and himself.

7. The Defendant can provide proof of employment to the probation officer by the pay checks that he receives. This will confirm the hours worked, rate of pay and any and all benefits that he may receive. There are no cash payments.

**WHEREFORE, Defendant, ERIC SILVERMAN**, respectfully moves

this Honorable Court to enter an order prohibiting Probation from contacting his employer directly.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was ~~hand delivered~~ MAILED this 18 day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

> TED CRESPI, P.A.
> Attorney for Defendant
> Prudential Plaza, Suite 218
> 1776 North Pine Island Road
> Plantation, Florida 33322
> Telephone: (954) 475-7111
> Facsimile: (954) 475-7211
>
> BY: _____
> TED CRESPI, ESQUIRE
> Florida Bar No. 437689