UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### NOTICE OF VACATION

**Defendant, ERIC SILVERMAN**, by and through undersigned counsel, hereby notices the Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will be unavailable from December 18, 2000, through January 2, 2001, and hereby requests that no trial, discovery, hearings, etc., be scheduled during the aforementioned period.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was ~~hand delivered~~ US mail this  18  day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780;JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

    TED CRESPI, P.A.
    Attorney for Defendant
    Prudential Plaza, Suite 218
    1776 North Pine Island Road
    Plantation, Florida 33322
    Telephone: (954) 475-7111
    Facsimile: (954) 475-7211

BY:_____
    TED CRESPI, ESQUIRE
    Florida Bar No. 437689