UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-
                            FERGUSON
    Plaintiff,
vs.

ERIC SILVERMAN,

    Defendants.
_____/

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing presently scheduled for November 17, 2000, and in support thereof would show:

1.    Counsel just recently received the pre-sentence investigative report. Objections and legal memorandum will be prepared shortly regarding the information that has been reported.

2.    The Defendant is a cooperating Government witness, who has been actively involved in the investigation of this case since September 1999, well prior to the indictments being issued. The Defendant has been

informed that he is going to be a necessary witness at the trial of the co-defendants. Those trials have been delayed, as have a number of other sentencing matters.

3. The most important issue at sentencing is the loss determination. The Government provided the Defendant's attorney with approximately thirty-two (32) boxes of materials, of which six (6) or more relate solely to loss related materials. Counsel needs additional time to complete his evaluation of the discovery documentation in order to determine the proper loss amounts, which have a significant effect on the guideline determination.

4. This is the Defendant's first offense. Loss calculations will establish the sentencing level, less any 5K1 and other departure credits he may be entitled to.

5. Contact has been made with Assistant United States Attorney Jeffrey Kaplan, who concurs with the motion to continue sentencing and joins in the request that sentencing be scheduled in January 2001 to allow both sides time to properly complete their sentencing investigation and 5K1 matters.

6. This motion is presented in good faith and not interposed for

purposes of delay.

7. Counsel will be out of the country from December 18, 2000, through January 2, 2001, and January 28, 2001, through February 1,2001, and respectfully requests that no hearings been scheduled between those respective dates.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for a continuance of the sentencing date scheduled for November 17, 2000, and requests that the matter be rescheduled for sentencing in January 2001.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was MAILED ~~hand delivered~~ this 20 day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale,

Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900

Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

                          TED CRESPI, P.A.
                          Attorney for Defendant
                          Prudential Plaza, Suite 218
                          1776 North Pine Island Road
                          Plantation, Florida 33322
                          Telephone: (954) 475-7111
                          Facsimile: (954) 475-7211

                          BY:_____
                              TED CRESPI, ESQUIRE
                              Florida Bar No. 437689