UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6168-CR-
                                   FERGUSON
    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court for a twenty (20) day extension of time to file objections to the Presentence Investigation Report presently due on October 27, 2000, and in support thereof would show:

1. The parties have moved to continue the sentencing from November 17, 2000, to January 2001. Both the Government and the Defendant need additional time before sentencing as a result of the pendency of related cases and as a result of the complicated facts involved in determining the amount of loss and restitution, both important in determining a proper sentence. In this particular case, the points nearly

triple because of the loss alleged by the Government.

2.  The amount of work to be done in determining a number of the issues in the Presentence Investigation Report requires additional research, before a proper and concise statement of objections and mitigating factors can be prepared for filing.

3.  There will be no prejudice to either party in allowing this additional time, as it will allow for a more concise statement of the facts, rather than necessitating supplements to be filed as information is gathered from the discovery materials.

4.  Contact has been made with Assistant United States Attorney Jeffrey Kaplan, who has no objection to the request for an additional twenty (20) days to file objections to the Presentence Investigation Report.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for an order extending the period of time to file objections through and including November 16, 2000.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 27 day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

          TED CRESPI, P.A.
          Attorney for Defendant
          Prudential Plaza, Suite 218
          1776 North Pine Island Road
          Plantation, Florida 33322
          Telephone: (954) 475-7111
          Facsimile: (954) 475-7211

BY: _____
          TED CRESPI, ESQUIRE
          Florida Bar No. 437689