UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,             CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### ORDER ON DEFENDANT'S MOTION TO PROHIBIT PROBATIONARY CONTACT WITH EMPLOYER

**THIS CAUSE,** having come before the Court, upon the Defendant's Motion to prohibit probationary contact with his employer, the Court having reviewed the motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant's motion is _GRANTED._
THE MATTER MAY RECONSIDERED AT SENTENCING.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 9th day of ~~October~~ NOVEMBER, 2000.

HON. WILKIE D. FERGUSON, JR.
U.S. District Judge

Copies To:

Ted Crespi, Esquire
Jeffrey Kaplan, Assistant U.S. Attorney
Robert C. Josefsberg, Esq.
Theodore Klein, Esq.
John Howes, Esq.
David J. Joffe, Esq.

