UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

**THIS CAUSE,** having come before the Court, upon the Defendant's Motion for Extension of Time to File Objections, the Court having reviewed the motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant's motion is  *DENIED*.

_____

_____

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 9TH day of ~~October~~ NOVEMBER, 2000.

HON. WILKIE D. FERGUSON, JR.
U.S. District Judge

Copies To:

Ted Crespi, Esquire
Jeffrey Kaplan, Assistant U.S. Attorney
Robert C. Josefsberg, Esq.
Joel Hirschhorn, Esq.
John Howes, Esq.
David J. Joffe, Esq.