UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

**THIS CAUSE,** having come before the Court, upon the Defendant's Motion to

Sentencing, the Court having reviewed the motion, and being otherwise fully advised in

the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant's motion is _DENIED_.

_____

_____

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County,
Florida, this 9th day of ~~October~~ NOVEMBER, 2000.

HON. WILKIE D. FERGUSON, JR.
U.S. District Judge

Copies To:

Ted Crespi, Esquire
Jeffrey Kaplan, Assistant U.S. Attorney
Robert C. Josefsberg, Esq.
Joel Hirschhorn, Esq.
John Howes, Esq.
David J. Joffe, Esq.

