UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,           CASE NO. 00-6168-CR-
                                     FERGUSON
    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court for a continuance of the sentencing scheduled for Friday, November 17, 2000, at 9:00 a.m., and in support thereof would show:

1. Counsel recently filed a joint motion to continue the sentencing and for an extension of time to file objections to the pre-sentence investigation report. A copy of the motion is attached and incorporated herein as Composite Exhibit "A."

2. This Honorable Court denied the motion on Thursday, November 9, 2000.

3. Counsel for the Defendant underwent surgery on his lower back on Monday, November 6, 2000. Counsel was anticipating rapid improvement of the back problem that has plagued counsel with pain and limitations for the past two and a half months. Counsel did not expect to lose much time from work, based upon the representations that were made to him.

4. Unfortunately, counsel was out of work for two and a half (2 ½) days, returning for the start of a jury trial before the Hon. Joseph Murphy (*State v. Edward DeJesus*, Case No. 00-1183 MM 10A). The DeJesus case was continued that morning, just prior to the start of jury selection.

5. Counsel has not had time to prepare a proper response to the pre-sentence investigation report. A reply is being filed today, which is not as comprehensive or legally proficient as it should be. Counsel presumptively, and incorrectly, believed this matter would be continued until the beginning of January, as all parties were in agreement and it appeared to be in the best interest of all involved.

6. The Defendant is continuing his work performing substantial assistance. This past week, an agreement was reached with the Broward

County State Attorney's Office, wherein the Defendant will meet with the Chief of the Public Corruption Unit on Wednesday, November 22, 2000, at 10:00 a.m., to assist in a public corruption matter that arose directly from the facts of this case. These are matters that will bear significantly upon this Honorable Court's determination of the proper sentencing level and departure credits to be extended to the Defendant, who is a first-time offender. The Defendant began cooperating long prior to the indictments and has been instrumental in providing documentation and information to the agents and to the Government to support the prosecution of many of the cases that have come before this Court and have been resolved by plea.

7. Counsel needs a short period of time to properly complete a reply to the pre-sentence investigation report and to present evidence in an orderly fashion at sentencing to support departure without jeopardizing the Defendant's rights. Counsel does not need any administrative problems with the Court or with the Bar.

8. Counsel wants to assure this Honorable Court that throughout these proceedings counsel has been actively involved in many phases of assisting and appearing with the Defendant. Counsel ran into difficulty

because of his lower back injury.

9. This motion is presented in good faith and not interposed for purposes of delay.

10. Attempts to contact Assistant United States Attorney Jeffrey Kaplan have been made but counsel was unable to do so, though no objection is anticipated.

11. Counsel will be out of the country from December 18, 2000, through January 2, 2001, and January 28, 2001, through February 1,2001, and respectfully requests that no hearings be scheduled between those respective dates, if the Court reconsiders its position.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for a continuance of the sentencing date scheduled for November 17, 2000, and respectfully requests ten (10) days in which to complete and file full and complete objection to the pre-sentence investigation report. This request is made in the interest of justice and to ensure due process to the Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

hand delivered this _15th_ day of November, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

> TED CRESPI, P.A.
> Attorney for Defendant
> Prudential Plaza, Suite 218
> 1776 North Pine Island Road
> Plantation, Florida 33322
> Telephone: (954) 475-7111
> Facsimile: (954) 475-7211
>
> BY: _____
> TED CRESPI, ESQUIRE
> Florida Bar No. 437689

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-
                            FERGUSON
    Plaintiff,
vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing presently scheduled for November 17, 2000, and in support thereof would show:

1. Counsel just recently received the pre-sentence investigative report. Objections and legal memorandum will be prepared shortly regarding the information that has been reported.

2. The Defendant is a cooperating Government witness, who has been actively involved in the investigation of this case since September 1999, well prior to the indictments being issued. The Defendant has been

**EXHIBIT "A"**

informed that he is going to be a necessary witness at the trial of the co-defendants. Those trials have been delayed, as have a number of other sentencing matters.

3. The most important issue at sentencing is the loss determination. The Government provided the Defendant's attorney with approximately thirty-two (32) boxes of materials, of which six (6) or more relate solely to loss related materials. Counsel needs additional time to complete his evaluation of the discovery documentation in order to determine the proper loss amounts, which have a significant effect on the guideline determination.

4. This is the Defendant's first offense. Loss calculations will establish the sentencing level, less any 5K1 and other departure credits he may be entitled to.

5. Contact has been made with Assistant United States Attorney Jeffrey Kaplan, who concurs with the motion to continue sentencing and joins in the request that sentencing be scheduled in January 2001 to allow both sides time to properly complete their sentencing investigation and 5K1 matters.

6. This motion is presented in good faith and not interposed for

purposes of delay.

7.  Counsel will be out of the country from December 18, 2000, through January 2, 2001, and January 28, 2001, through February 1, 2001, and respectfully requests that no hearings been scheduled between those respective dates.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for a continuance of the sentencing date scheduled for November 17, 2000, and requests that the matter be rescheduled for sentencing in January 2001.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was ~~hand-delivered~~ MAILED this 20 day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale,

Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900

Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Telephone: (954) 475-7111
        Facsimile: (954) 475-7211

BY: _____
        TED CRESPI, ESQUIRE
        Florida Bar No. 437689

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-
FERGUSON
　　　Plaintiff,

vs.

ERIC SILVERMAN,

　　　Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF
## TIME TO FILE OBJECTIONS

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court for a twenty (20) day extension of time to file objections to the Presentence Investigation Report presently due on October 27, 2000, and in support thereof would show:

1.　　The parties have moved to continue the sentencing from November 17, 2000, to January 2001. Both the Government and the Defendant need additional time before sentencing as a result of the pendency of related cases and as a result of the complicated facts involved in determining the amount of loss and restitution, both important in determining a proper sentence. In this particular case, the points nearly

triple because of the loss alleged by the Government.

2. The amount of work to be done in determining a number of the issues in the Presentence Investigation Report requires additional research, before a proper and concise statement of objections and mitigating factors can be prepared for filing.

3. There will be no prejudice to either party in allowing this additional time, as it will allow for a more concise statement of the facts, rather than necessitating supplements to be filed as information is gathered from the discovery materials.

4. Contact has been made with Assistant United States Attorney Jeffrey Kaplan, who has no objection to the request for an additional twenty (20) days to file objections to the Presentence Investigation Report.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for an order extending the period of time to file objections through and including November 16, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 27 day of October, 2000, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301; ROBERT C. JOSEFSBERG, ESQ., 25 West Flagler Street, Suite 800, City National Bank Building, Miami, Florida 33130-1780; JOEL HIRSCHHORN, ESQ., Douglas Centre - Penthouse 1, 2600 Douglas Road, Coral Gables, Florida 33134; JOHN HOWES, ESQ., 633 Southeast 3rd Avenue, Suite 4-F, Fort Lauderdale, Florida 33301; and DAVID J. JOFFE, ESQ., David J. Joffe, P.A., 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Telephone: (954) 475-7111
        Facsimile: (954) 475-7211

        BY: _____
            TED CRESPI, ESQUIRE
            Florida Bar No. 437689