UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

FILED by _____ D.C.

NOV 15 2000

### ORDER ON DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING

**THIS CAUSE,** having come before the Court, upon the Defendant's Emergency Motion to Sentencing, the Court having reviewed the motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant's motion is _DENIED_.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2000.

_____
HON. WILKIE D. FERGUSON, JR.
U.S. District Judge

Copies To:

Ted Crespi, Esquire
Jeffrey Kaplan, Assistant U.S. Attorney