UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.

_____/

## NOTICE OF FILING

**COMES NOW**, the Defendant, ERIC SILVERMAN, by and through undersigned

counsel, and hereby files this Notice of Filing of character letters.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

faxed/hand delivered this _16_ day of November, 2000, to JEFFREY KAPLAN,

ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard,

Fort Lauderdale, Florida 33301 (954-356-7336) and ORLANDO BURGOS, Probation

Officer, 300 Northeast 1st Avenue, Suite 315, Miami, Florida 33132 (305-523-5496)..

Respectfully submitted,

TED CRESPI, P.A.

Attorney for Defendant
Prudential Plaza, Suite 218
1776 North Pine Island Road
Plantation, Florida 33322
Telephone: (954) 475-7111
Facsimile: (954) 475-7211

By: _____

TED CRESPI, ESQUIRE
Florida Bar No. 437689

/db

C. GALVEZ SILVERMAN, M.D.

R.R. 2 BOX 17 A
ISLAMORADA, FLORIDA 33036

PHONE 852-8642

November 14, 2000

Hon. Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

Re:    USA v. Eric Silverman
       Case No. 00-6168-CR-Ferguson

Dear Judge Ferguson:

God allow me to be able to express to you my deep
sorrow and pain, and find a way to your heart and
compassion. This has been a nightmare; I feel ill and
cannot stop crying. Please believe me, Eric is a good and
truly caring person.

When he left home to go to the university he was a
naïve and trusting person. The mistakes he did have
nothing to do with malice but a misguided belief that no
harm was being done. He now feels truly repentant and
cries knowing what his actions have done. Eric is not the
kind of person who would knowingly harm a living thing.
That is completely against his liberal and compassionate
upbringing and persona.

During summers I frequently did pro-bono medical work
in the remote village of Peru. Eric out of his own desire
always helped me. He shows a deep compassion and care for
those less fortunate than himself. For the remainder of the

**C. GALVEZ SILVERMAN, M.D.**

**R.R. 2 BOX 17 A**
**ISLAMORADA, FLORIDA 33036**

**PHONE 852-8642**

Summers Eric always had summer jobs and was praised for his hard work and reliability.

I beg you to be lenient with him; he suffers and repents for all of his actions. Eric has been frightened for over two years now of what can happen and I assure you he will never do anything incorrect again. This is the first time he has had any problem. I am afraid how incarceration could change him. Pleases give him a second chance to put his life in back in order and become a productive and helpful citizen.

My husband is an 86-year-old World War 2 veteran suffering from cancer. We only have two sons the older one is a Captain in the US Air Force. Adam is stationed in Japan he is far away and not coming back soon. Eric is the only emotional and physical support we have, we need his help and love during the years that my husband has left. Please do not take him away.

Sincerely Yours,

Dr. Carmen Silverman
(305) 864-4644

HON WILKIE D FERGUSON
UNITED STATES DISTRICT JUDGE
FEDERAL COURT HOUSE SQARE
299 EAST BROWARD BLVD
FORT LAUDERDALE FLORIDA 33301

RE: USA V ERIC SILVERMAN
CASE No 00-6168
CR - FERGUSON

DEAR JUDGE FERGUSON:

I RECENTLY FOUND OUT ABOUT MY SON'S PROBLEM, HE TOLD MY WIFE
NOT TO TELL ME BECAUSE HE WAS CONCERNED OF THE HEALTH
EFFECT THAT THIS COULD HAVE ON ME, MY WIFE ALSO TOLD HE THAT
IN ADDITION TO MY HEALTH, ERIC WAS ASHAMED TO LET HIS FATHER
KNOW WHAT HE WAS ACCUSED OF, NOT WANTING TO PUT ME IN
HARMS WAY IS CHARACTERISTIC OF ERIC'S CONCERN FOR OTHERS

ERIC IS A LOVING, DECENT AND HONORABLE PERSON, THIS HAS BEEN THE
FIRST TIME HE HAS BEEN IN VIOLATION OF THE LAW, OTHER THAN CAR
PARKING TICKETS. MY SON FEELS MISERABLE ABOUT HIS ACTIONS, EVEN
THOUGH ERIC DID NOT INFORM ME OF THIS PROBLEM, I HAVE WITNESSED
A DRASTIC CHANGE IN HIS PERSONALITY OVER THE PAST TWO YEARS. HE HAS
BECOME MUCH MORE INTROSPECTIVE AND HUMBLE

DUE TO MY AGE (86) AND HEALTH PROBLEMS, I KNOW THAT IF HE GOES
TO JAIL, I MAY NEVER SEE HIM AGAIN, WE NEED HIM, PLEASE FIND IT
IN YOUR HEART NOT TO SEND HIM AWAY. I AM FRIGHTENED WHAT JAIL
COULD DO TO HIM,
AGAIN, ERIC IS A GOOD PERSON, PLEASE HELP HIM REMAIN SO

VERY TRULY YOURS
BERNARD SILVERMAN
*Bernard Silverman*

P.S. SORRY FOR MY PRINTING, MY UNSTABLE HANDS CANNOT
HANDLE A TYPEWRITER

Captain Adam G. Silverman
PSC 78 Box 1905
APO AP 96326
Yokota Air Base, Japan

The Honorable Wilkie D. Ferguson
Unites States District Court
Federal Court House Square
Ft. Lauderdale FL 33301

Dear Judge Ferguson

My father has just informed me of my brother's problem. Eric and I grew up in a close and loving family, and we were inseparable until I enter military service and moved away. Even so, Eric and I have seen each other through difficult and joyous times, and he has always been there to support and encourage my parents, family, and me. He was so protective of my happiness, in fact, that he guarded what troubles he was having until now.

Eric is easily the most dedicated son any parent could dream to have. He has constantly been by our aging father's side and helped our mother in more ways than I have time to mention. This unselfishness has allowed me to travel in the service of our nation secure and comforted in the knowledge that my parents were well taken care of. He is an extremely caring person who has consistently sought to better the life of all those around him.

My brother is also the most loving sibling I could hope for. Distance and time have not diminished the link that binds us, and through our shared experiences, we have supported, consoled, and rejoiced with each other. We have protected each other from our childhood fears and celebrated the birth of my son.

Eric is a good man, a loving husband, and a credit to any community. Your Honor, my brother would never intentionally hurt or deceive anyone. He is deeply remorseful of what has occurred, and the last several months have both matured and aged him beyond his years. He has amended and atoned for himself, both personally and religiously. Eric is circumspect, chastened, and his been deeply affected by the progression of this issue. Please, temper justice with mercy and understanding. Men have said that "Justice is blind," but many fail to account for the scales that balance rules and intent, circumstance and mitigation. Your Honor, any punishment or punitive action now would simply injure a productive member of society and could not further serve the common good.

Had I the opportunity I would vouch for him in person, but duty, time, and distance don't give me that option, so please accept this letter as my word. Eric is a good, kind, and trusting person. He never did, and never would, harm anyone. I have no doubt in my mind and heart that he did not intend to deceive or hurt anyone, nor break any rules of law. Please believe me in this. If there is anything I can do to clear my brother's name, I will.

Sincerely

ADAM G. SILVERMAN, Capt, USAF

## SACRED HEART CHURCH

2889 North Lincoln Avenue
Altadena, California 91001
Telephone (626) 794-2046    **(626) 791-7438 (private)**
**November 15,2000**

Honorable Wilke D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Blvd.
Fort Lauderdale, FL 33301

RE: USA V. Eric Silverman
Case No. 00-6168-02

Most Honorable Judge:

I am a retired bishop of the Archdiocese of Los
Angeles, California. I was recently informed by my grand-
niece of the distressful predicament facing her husband
Eric Silvermann, and I am extremely upset with these news.
I have known Eric for the past six years, ever since Alex-
andra first started dating him. He has always shown himself
to be of exemplary good character all the time.

My niece has converted to Judaism, a decision she
made together with her spuse for the harmony of the family
they hope to start,as soon as this horrible ordeal is over.
My role in my grand niece's life has always been one of a
"father" figure, since she grew up without a father. I have
watched her grow into the mature, caring woman she is today,
and Eric Silverman has shared a large part of the responsi-
bility for the person she has become.

If you render the decision to remove Eric from the
home they have built,I cannot fathom what the consequences
would be. The good works he has been doing for the needy
would be discontinued, and the hope for starting a family
would also be postponed. He has opened his heart to me and
shared the remorse he feels for causing any distress to the
buyers of the houses he purchased, and I sense the great
sorrow he emanates.

My permanent residence is in the Archdiocese of
Los Angeles, but I have the opportunity to travel now that
I am retired. This Saturday I am going to Fort Lauderdale
in order to board a Ship on a Cruise. I plan to visit with
him and I hope he will have good news as to the outcome of
Friday.  This young man deserves a chance to continue the
good he has been doing. Please find it in your heart to
make sure this happens.

Sincerely,

+ Juan Arzube
Auxiliary Bishop of Los Angeles(Retired)

## Raul Stephen Ascarrunz

1000 SW 104 COURT
SUITE 205
Miami, Fl. 33174
Phone: 305/2274043

November 15, 2000

Hon. Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Re:    USA vs Eric Silverman
       Case No. 00-6168-cr-Ferguson


Dear Judge Ferguson:

Eric has been my friend since 1990. We met during our freshman year of college and became best friends within a short period of time. We shared common interest in our studies and extracurricular activities. One of which was the International Students Club. Being part of this club put us in touch with many cultures and the situations of less fortunate people in other parts of our world. We raised funds and collected food to help those that had suffered great losses during the floods in Honduras and during Hurricane Andrew. We also helped these people recover their goods and rebuild their homes. In several occasions we volunteered our time to Habitat for Humanity, and organization that helps low income families become homeowners. We would leave home early on Saturday morning and drive almost an hour to South Dade where the construction sites were located. During the drive we would talk about meeting the future homeowners and seeing the joy in their faces when total strangers would show up to help them build their dreams.

After college he went to work for a mortgage company and I went to work for a company that built schools for the district. When we came back from work we would talk about how great and satisfying our professions were. I was building schools for the children and he was helping families own homes, much like we did in college. He often asked me to accompany him to invitations from new homeowners to share a meal at their new house.

Eric is like a brother to me and has helped me during my hardest times. I suffer from end stage renal disease and in November 1998 I was admitted to the hospital because my toxicity levels were so high that I was at high risk of suffering from a heart attack. I had to be dialyzed in order to stay alive. I was dialyzed three times a week for sixteen months. After each dialysis session I felt weak and disoriented. All I had to do was call Eric and he would come pick me up and drive me home, and in the morning he would drive me back to the clinic so that I could pick up my car and go to work.

After sixteen months of dialysis I was fortunate enough to receive a kidney transplant. Again, Eric was there for me at all times getting my medications and driving me to doctor appointments until I was well enough to do so myself.

I was dismayed when I found that charges were brought against him. Eric confides in me and told me that he is ashamed and deeply regrets any wrong doing. He tells me that at times he feel angry at himself for being so naive and following what he was instructed to do by his partner, Mark. But most of the times he feels fear for what could happen to his young wife and elderly father if he is taken away.

They both depend on Eric in the same way that I have depended on him throughout my life. Eric has no extended family and there is no one capable to do for his loved ones what he does for them.

I work for the construction department of the Dade County School Board. I have spent time with Eric every week for the last ten years of my life. I know that he will not break the laws in anyway having the experience of this tremendously horrible event in his life. Eric is a good man.

Honorable Ferguson, I hereby plead for your leniency in considering any sort of punishment for Eric. As a friend and Public Servant I know that taking him away is less beneficial to our society than letting him stay and serve it.


Sincerely,

Raul Stephen Ascarrunz

November 14,2000

Honorable Wilke D Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Boulevard
Fort Lauderdale, FL 33301

RE:        USA V Eric Silverman
Case No.    00-6168-02

Dear Honorable Judge:

 Not very long ago, my daughter and son-in-law came with the news Eric was in
trouble. It is so hard for me to believe this compassionate yet humble young man
would have broken the law in any way. He is like a son to me, and I owe to him
the fresh start I have with my only child.

Seeing Alexandra and Eric together is a real treat. He is so caring and it kills him
to cause her any grief at all. I only hope they are not separated from each other. I
know she is safe and that Eric is protective over her. They deserve to have a
bright future ahead of them.

I live alone and do not have a car. At least once a week, Eric calls me to ask
whether I need to go to the supermarket or will invite me to eat dinner at the
house. He has always been one to go out of his way for others, and takes the
extra step to make people feel at ease. Not once has he raised his voice to my
daughter or anyone around him. He respects everyone and would not
intentionally cause harm to people.  I know him to be an exemplary son to his
parents and that they are a complete wreck as a result of this trauma.

My daughter cannot get through the day without bursting into tears over the
slightest thought involving this case. As a mother I feel the ache and try to
console her as best I can, telling her to have faith things will work out. The fate of
these young people is in your hands for I know whatever sentence is handed
down, it is given to Alexandra too. Please be lenient with Eric.

Five years ago, after living in this country for 14 years,  I decided to become a
United States Citizen. As soon as he heard the news, my son-in- law, who was
then only dating Alexandra, immediately appointed himself my tutor giving me
civic lessons and telling me how seriously to take this duty. He took the time
away from his studies to review with me and make sure I was prepared for the
exam. Thanks to him, I passed it very easily. It was then I realized what a
responsible person Eric is.

I pray you will rule favorably and that Eric will have the chance to make up for what he has done while remaining a part of society. We are all suffering.

Thank you for allowing me to voice my opinion.

Very truly yours,

Sonia Roca
(305) 957-9289

November 13, 2000

Honorable Wilke D Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Boulevard
Fort Lauderdale, FL 33301

RE:        USA V Eric Silverman
           Case No. 00-6168-02 Ferguson

Most Honorable Judge:

I never imagined I would be in the position I find myself at this moment, of
writing a letter in defense of the man I love with all of my being. I do it
without hesitation while it pains me to think of what has transpired since
Eric was accused of this terrible offense.

Eric Silverman is one of the most kindhearted, giving people I ever had the
fortune of meeting, and has shown nothing but the best intentions from the
moment we were introduced six years ago this past August through mutual
friends. Our relationship blossomed as we finished our undergraduate
studies and we grew closer in love. I scarcely know of an entire day spent
without him, even as we struggle to survive this trial. Let me say the
transformation in my life since Eric is a part of it is boundless, all because he
opened the door to my discovering  what it means to truly share and benefit
others, with the gifts God gives every individual.

Judge Ferguson, I did not have the fortune of belonging to a close-knit
family. I was raised in Miami, an only child of a single mother who did not
know how to communicate with me nor I with her. I was completely closed
inside as a result of this upbringing but Eric swept all of the pain away as he
introduced me to family as well as his faith. He broke down my barriers,
teaching me about letting go of pain and reaching out to life. We attend
synagogue services together with his family, who have welcomed me into
their home before even knowing me. The high holy days in the Jewish
tradition are very crucial to the sense of belonging and continuity. We have
observed them throughout the year, drawing strength and community from
one another as a family. One such holiest of days, Yom Kippur this past

year, Eric spent his time volunteering at Pet Rescue, a home for abandoned animals in Dade County. He reflects deeply on what has happened; I see it in his eyes when he believes I am not looking. The hurt he holds within is scarring him beyond any mere description I could give you all because he could not bear the thought of harming anyone.

My mother and I have since reconciled our differences but this would never have been possible if Eric had not played a vital role. He encouraged for me to relay my feelings, a concept which was foreign to me. The resentment I held toward my mother for all my life is a distant memory as my husband ensured we all share in the family experience. I am now prepared to have our children once this is over.

There are not many persons who drive around in their car with a ready supply of non-perishable canned food and a can-opener, ready to stop when a stranger is hungry. Eric harbors no judgment toward those in need, only wonders what he can do to help. This ordeal has served as a catalyst for Eric to reinforce his humanitarian efforts, not as a reason to retreat.

Finally, I can only plead with you to take mercy on us and to allow my husband to remain as he always has, with those who love him dearly and for others to have the opportunity to know a truly remarkable man.

Sincerely,

Alexandra Roca

Alexandra Roca
(305) 867-6255

November 15, 2000

Honorable Judge Wilke D Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Boulevard
Frt Laud,FL 33301

RE:      Unites States v Eric Silverman
Case No.    00-6166-02

Most Honorable Judge Ferguson:


We are writing to you with the assistance of a translator all the way
from Ecuador in South America.

We cannot help but shake with the thought of our dear friend Eric
facing the consequences of an action he has expressed sorrow and
regret over many times. I am Alexandra's first cousin and Fernando is
my husband. We had the most positive experience while meeting Eric
four years ago. I can tell you that you feel as though you know him
for much longer than it actually is so. Alexandra and I were toddlers
when she came to the United States to live with her mother. We
would see each other every year until 1986 when our grandmother
passed away. We managed to be close the few times we saw each
other which is why I made her honorary maiden of honor at my
wedding.

My mother owns a travel agency so we get more opportunity to go
outside of our country. One of these visits to Florida, we saw my
cousin and the man she spoke so highly of over the phone one time.

We immediately understood why she was so in love. Eric is so nurturing and adoring with Alexandra, attentive to every detail to making the evening memorable for all of us. Anyone can see they are a perfect match. He asked us our itinerary, and fit time on the weekend when he usually worked most of the day,to show us around the Keys where he grew up. We realized his values and his hard work ethic were strong, and that he is very much a man of conviction to what he believes is right. We found how he began working from the time he was very young, doing work at his parent's house to being a waiter and then working construction in high school. How impressed we were since this is not the normal way for kids to be in South America. At this point we knew this is who Alexandra should marry. We are very far away from what is happening but want to tell you that it distresses us to know of the possible results after the sentencing. We beg of you to consider what type of person Eric Silverman is as you are making your decision. He is a provider and a loving husband who needs to make amends for the crime he committed but not to the extent of imprisonment.

Sincerely,

Fernando and Alicia Sceppa
0115-9314 Tel: 851-714
Guayaquil, Ecuador

November 14, 2000


Hon. Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Re:  U.S.A. v. Eric Silverman
     Case No. 00-6168-CR-Ferguson

Dear Judge Ferguson:

I was asked by Mr. Eric Silverman to write this letter on his behalf and in references to
charges that were brought against him. Eric has been a dear friend of mine since I moved
to Florida almost 3 years ago. Upon my immediate arrival to Florida, Eric who was
living in the same apartment development, befriended me and helped me feel more
comfortable in my new community. My early impression of Eric as a bright,
compassionate, and empathic young man was only enhanced in time as I got to know him.
He always struck me as a man with a deep commitment to religious values and a love of
his family and friends. I feel truly honored to call Eric my friend.

In my time with Eric, I also had the opportunity to observe him interact with his parents.
He possesses an unconditional caring for both of his parents and he honors them with
continuous acts of lovingkindness. Even though Eric is still young in years, he has a
maturity about him that is characterized by his thoughts of improving society and
furthering his education. In my conversations with Eric, I was always impressed with his
deep regard for the oppressed and less fortunate.

As a Rabbi at the Veterans Affairs Hospital in Miami and as a clinical psychologist at the
University of Miami School of Medicine, I often come in contact with individuals of
Eric's similar character; people that truly care for others. I believe Eric has wonderful
humane qualities that will only develop in time and in a supportive and nurturing
environment. With that in mind, I truly believe that any decision regarding Eric's future
be made with his character as a guide to measure his potential for growth and
contributions to his community.

Recently, Eric shared with me his true regret for past mistakes. In the Jewish culture,
repentance can only occur when an individual acknowledges a past offense and more
importantly when the individual is able to correct the wayward behavior and never engage
in it again. In speaking with Eric about his situation, I was struck by his desire to grow
from his errors and integrate feelings of guilt and deep remorse into future behaviors and
career choices that will only enhance the lives of those around him.

Judge Ferguson, I hope that my letter to you conveys my sincerest concerns for my dear friend's future. He already lives with great pain and anguish regarding his legal wrongdoing. He is already challenged by a future of self-punitive thoughts and feelings of embarrassment related to his past that he will live with for the rest of his life. I pray that you find it in your heart to be legally lenient with him and at the same time offer him an opportunity to grow from his past and be a proud and responsible citizen.

Sincerely yours,

Rabbi Dr. David J. Abrams
305-931-9261

**Melissa Perlman D.P.M**

17980 NE 31 court #1220
Aventura, Fl 33160

November 14, 2000

Hon. Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Re: USA vs Eric Silverman
    Case No. 00-6168-CR-Ferguson

Dear Judge Ferguson:

I have known Eric Silverman for 5 years and found him to be honest, caring and dependable friend. In my experience he has gone out of his way to help people less fortunate than himself. To hear of these charges came as a complete surprise.

Eric is extraordinarily close to his parents and usually spends his weekends with them. He has an elderly father who depends on him for the maintenance of their home. He has a loving wife who supports him and has stood by his side during this dire time. His friends regard him as a trustworthy individual, and can rely on his kindness and generosity when times are hard.

To hear him speak of the charges, I find he is remorseful of his actions and the embarrassment he has caused his friends and family. I have seen changes in him, in this period of time, that show a more humble man. He is pursuing a masters degree in hospitality management from FIU and dedicates most of his free time to religious studies and volunteers in a shelter.

I firmly believe that the benefit of him remaining a member of our society, by far, outweigh any effect that would result from his absence. Therefore, I respectfully suggest you apply leniency in your judgement.

Sincerely,

Melissa Perlman D.P.M
(305) 936-9289.

November 14, 2000


Hon. Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Re: U.S.A. v. Eric Silverman
    Case No. 00-6168-CR-Ferguson


Dear Judge Ferguson:

I have known Eric Silverman for more than five years now and feel proud to call him my
friend. I find Eric to be both intelligent and dynamic. He is also a kind and well meaning
individual. If you need to count on someone, you know that Eric will come through for
you. He has been a good friend and supporter when I have had difficult times.

Recently Eric has told me about the charges brought against him. It was very hard for
him to tell me and throughout the conversation he was extremely emotional and
distraught. He is rightfully embarrassed for himself and his family and is devastated that
this mistake he made will ruin his entire life.

Your honor, Eric is the type of person who deserves another chance. He is a dedicated
individual who can make a truly positive impact on his surroundings. I know that his
mistake will live forever in his conscience and that his life will be forever changed by it.
Kindly show him lenience and compassion.

Respectfully,

Andy Marques
(954) 704-9884

11/15/00

Honorable Judge Wilkie D. Ferguson
United States District Judge
Federal Courthouse Square
299 E. Broward Blvd.
Fort Lauderdale, Fl 33301

Re:    USA v Eric Silverman
       Case NO. 00-6168-CR-Ferguson

Dear Judge Ferguson:

Eric has been one of my closest friends for 8 years. He is a very
trusting, honest, and truly compassionate person. Eric Silverman is
not the person I would ever imagine to get in this serious situation.
This has devastated him and his wife beyond anything you could
imagine. The remorse and sorrow he feels are mostly from the
allegations that what he did hurt homeowners and the government. I
know Eric he would never intentionally cause any harm to people and
to this country his father fought for in World War 2.

I feel deeply for Eric. It is my feeling that he has been a victim of
circumstances. Misled by all parties in this situation. The person
(Mark Cohen) who got him involved in this crime knowingly looked for
a trusting person to take advantage of and put in the forefront. This

does not however mean that Eric does not feel personally responsible and sadden by the results of his actions.

He has enormous potential to do great and charitable things. This is not foreign to him he has always done charitable work. Now however I feel he is much more motivated to make a change in the world. Jail I am afraid would break his spirit and liberal outlook on life.

Please you have it in your power to save a family, a *Friend*, and a young man with great potential.

Sincerely,

Edward A. Garcell
(305) 788-0202