SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Filed by _____ D.C.
NOV 17 2000

CASE # 00 - 6168 - CR - WJF

DEFENDANT Eric Silverman               JUDGE    WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER          DATE   November 17, 2000

Court Reporter   Paul Haferling         USPO   Ed Cooley

AUSA   Jeff Kaplan                      Deft's Counsel   Ted Crespi

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

Motion to continue is Granted to be Re-set

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ _____     Fine $ _____

Restitution /Other _____

#### CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

8
0
125