UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ____ D.C.

DEC 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

Case No. 00-6168-CIV-FERGUSON
CR

ERIC SILVERMAN,
    Defendant.
_____/

## ORDER GRANTING ORAL MOTION TO CONTINUE SENTENCING

THIS MATTER is before the Court on the above-mentioned oral motion filed in open court, on November 17, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. This matter is rescheduled for sentencing on Friday, **January 26, 2001 at 11:00 a.m.**, before the undersigned in Courtroom 207A, 2ND floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___14th___ day of ~~November~~ December 2000.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA
Ted Crespi, Esq
U.S. Probation Office

