UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-
                            FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing presently scheduled for January 26, 2001, at 11:00 a.m., and in support thereof would show:

1. This Honorable Court set this matter for sentencing with two co-defendants, attorney Kenneth Heyder and Paul Saltz. The Defendant was responsible for the arrest and prosecution of both of these individuals through information that he provided. It is unfair to have him sentenced with or before them, particularly when the scope and extent of his involvement in this investigation, some of which is not yet completed, needs to be

addressed to this Court, which should not be done in the presence of the co-defendants in the interest of fairness and safety. It is also going to make it difficult to speak to the Court because of the confrontational atmosphere between Defendant Silverman and the two (2) individuals when he provided significant information about during this assistance.

2. This Honorable Court has scheduled three (3) sentencings for one (1) hour. The sentencing of Defendant Silverman is going to take at least an hour, if not longer. There are motions for downward departure filed that need to be heard before this Honorable Court, along with the testimony of witnesses and the Defendant. This Honorable Court had received a package of documents approximately three (3) inches thick of relevant sentencing information about the Defendant. Defendant Silverman is quite different from many people charged with criminal offenses. This information has to be conveyed to the Court in order for the Defendant to receive a fair sentence, considering all the work the Defendant has done for the Government in this investigation that led to the arrest of nearly twenty (20) people. Rushing to present this information is unfair when the Defendant spent almost two (2) years working with the Government.

3. It is the Defendant's belief that all but one defendant has agreed

to enter guilty pleas before this Court. It is expected that the final defendant will do the same or will be tried before this Honorable Court some time shortly after the present sentencing date.    The last time this matter was before the Court, the Government was not in a position to offer 5K1 reductions because of the pendency of many cases. While the Government agents and the former United States Attorney, Lynn Rosenthal, recognize the extent of the work done by the Defendant in furtherance of this investigation, they have to protect the integrity of their case and, therefore, providing the Defendant with full credits for the work done will only be done once the final defendant pleas out or the case is tried. No significant delay in sentencing is requested. The final defendant will resolve his case one way or another within the two (2) months.

4.    Counsel does not want to experience the wrath of this Court in moving for a continuance at the sentencing. There are unique facts about Defendant, ERIC SILVERMAN, that sets him apart from most others appearing before this Court.

5.    This motion is not presented for the purpose of delay. It is presented in good faith in an effort to ensure that justice is served.

6.    Attempts to contact Assistant United States Attorney Jeffrey

Kaplan, but counsel has been unable to do so.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for an order continuing the sentencing and rescheduling it, without other co-defendants, for a period of ninety (90) from now.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was fax and U.S. mail this $\underline{19^{th}}$ day of January, 2001, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and ORLANDO BURGOS, Probation Officer, 300 Northeast 1st Avenue, Suite 315, Miami, Florida 33132.

> TED CRESPI, P.A.
> Attorney for Defendant
> Prudential Plaza, Suite 218
> 1776 North Pine Island Road
> Plantation, Florida 33322
> Telephone: (954) 475-7111
> Facsimile: (954) 475-7211
>
> BY: _/s/ Ted Crespi_
>
> TED CRESPI, ESQUIRE
> Florida Bar No. 437689