UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,  CASE NO. 00-6168-CR-FERGUSON

Plaintiff,
vs.

ERIC SILVERMAN,

Defendants.
_____/

### NOTICE OF UNAVAILABILITY

**Defendant, ERIC SILVERMAN**, by and through undersigned counsel, hereby notices the Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will be unavailable from April 7, 2001, through April 17, 2001, and hereby requests that no trial, discovery, hearings, etc., be scheduled during the aforementioned period.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was ~~hand-delivered~~ U.S. MAIL this 20 day of February, 2001, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

TED CRESPI, P.A.
Attorney for Defendant
Prudential Plaza, Suite 218
1776 North Pine Island Road
Plantation, Florida 33322
Telephone: (954) 475-7111
Facsimile: (954) 475-7211

BY: _____
TED CRESPI, ESQUIRE
Florida Bar No. 437689