UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### NOTICE OF UNAVAILABILITY

**Defendant, ERIC SILVERMAN**, by and through undersigned counsel, hereby notices the Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will be unavailable from July 1, 2001, through July 23, 2001, and hereby requests that no trial, discovery, hearings, etc., be scheduled during the aforementioned period.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was U S Mail this 24 day of May, 2001, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

    TED CRESPI, P.A.
    Attorney for Defendant
    Prudential Plaza, Suite 218
    1776 North Pine Island Road
    Plantation, Florida 33322
    Telephone: (954) 475-7111
    Facsimile: (954) 475-7211

BY: _____
    TED CRESPI, ESQUIRE
    Florida Bar No. 437689