FILED by _____ D.C.

NOV 5 2001

CLARENCE ~~~~~
CLE~~ ~~~~~
S.D ~~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 00-6168-CR-FERGUSON

      Plaintiff,

vs.

ERIC SILVERMAN,

      Defendants.

_____/

## NOTICE OF COUNSEL'S UNAVAILABILITY

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, hereby notices

the Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will

be unavailable from December 19, 2001, through January 7, 2002, and hereby requests that no

trial, discovery, hearings, etc., be scheduled during the aforementioned period.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered

this _____ day of November, 2001, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY,  U.S.

Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Telephone: (954) 475-7111
        Facsimile:  (954) 475-7211

        BY:_____
            TED CRESPI, ESQUIRE
            Florida Bar No. 437689