UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-FERGUSON

    Plaintiff,

vs.

ERIC SILVERMAN,

    Defendants.
_____/

### DEFENDANT'S MOTION TO CONTINUE SENTENCING SCHEDULED FOR JULY 19, 2002

**Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing recently scheduled for July 19, 2002, at 10:30 a.m., and in support thereof would show:

1. Counsel has longstanding plans to be out of the country between July 2, 2002, and July 25, 2002.

2. Counsel will be on a cruise in Europe on July 19, 2002. Counsel will be in Belgium on that date.

3. This motion is presented in good faith and not interposed for purposes of delay.

4. Counsel respectfully requests that this matter be rescheduled for sentencing any time on or after July 28, 2002.

5. Contact has been made with Assistant United States Attorney Jeffrey Kaplan, who has no objection to the request for a continuance.

TED CRESPI, P.A. • PRUDENTIAL PLAZA • 1776 NORTH PINE ISLAND ROAD • SUITE 218 • PLANTATION, FLORIDA 33322

6. Proposed orders have been provided for this Honorable Court. Counsel only has two (2) weeks before he is scheduled to leave for vacation and would greatly appreciate this Court's approval of this motion as soon as possible..

7. Counsel does not have a partner. Counsel is not in the position to request another attorney to handle the sentencing, as counsel has represented the Defendant since these proceedings first began in <u>1999</u>.

**WHEREFORE, Defendant, ERIC SILVERMAN,** respectfully moves this Honorable Court for a continuance of the sentencing date scheduled for July 19, 2002, and requests that the sentencing be rescheduled on or after July 28, 2002.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this _19_ day of June, 2002, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and ORLANDO BURGOS, Probation Officer, 300 Northeast 1st Avenue, Suite 315, Miami, Florida 33132.

TED CRESPI, P.A.
Attorney for Defendant
Prudential Plaza, Suite 218
1776 North Pine Island Road
Plantation, Florida 33322
Telephone: (954) 475-7111
Facsimile: (954) 475-7211

BY: _____
TED CRESPI, ESQUIRE
Florida Bar No. 437689