UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,         CASE NO. 00-6168-CR-
                                                  FERGUSON
    Plaintiff,
vs.

ERIC SILVERMAN,

    Defendants.
_____/

**SUPPLEMENT TO DEFENDANT'S RESPONSE TO
PRE-SENTENCE INVESTIGATIVE REPORT**

**COMES NOW, Defendant, ERIC SILVERMAN,** by and through undersigned counsel, respectfully supplements his prior pleadings addressed to the pre-sentence investigative report and supplements, and in support thereof would show:

1.    The Pre-Sentence Investigative Report was amended on or about January 19, 2001. A revised Pre-Sentence Investigative Report was received on June 25, 2002, two (2) days before sentencing. The objections to the initial Pre-Sentence Investigative Report were filed November 16, 2000, and the first motion for downward departure was filed November 16, 2000.

2. Since that time, a number of things have changed in the Defendant's life that are now brought to the Court's attention as it impacts upon sentencing.

3. **SUBSTANTIAL ASSISTANCE**. In addition to the time previously spent assisting the agents and the United States Attorney's Office, the Defendant was called upon to testify at trial in the Government's case against Bruce Hollander. The Defendant testified before the Court one (1) day. The Defendant stood by in the courthouse for three (3) days. The Defendant spent days preparing with the agents and/or with the United States Attorney immediately before the start of the trial docket. The Defendant made himself available any time the agents or the Government requested his assistance.

4. <u>All indicted or informed-against defendants have pled guilty or have been found guilty of the charges brought against them</u>. The Defendant was in part responsible for the indictment or information and successful prosecution of the majority of the defendants the Government took action against. The Defendant spent days at a time with the agents between 1999 through 2002 going over many aspects of the case, providing information on different individuals, most of whom have been

prosecuted successfully.

5.  **FAMILY/HOUSEHOLD STATUS**. The Defendant's father died on December 11, 2001, after a battle with cancer. The Defendant's mother, Carmen Galvez Silverman, has suffered tremendously since Mr. Silverman passed away. The Defendant and his wife moved into his mother's home to provide multi-faceted support that has been invaluable in helping her deal with the loss of her husband. Mrs. Silverman is being treated for grief, depression and other related diagnoses. The Defendant is the only relative who can provide ongoing support services for his mother. His brother, Captain Adam Silverman, is a career serviceman in the Air Force. Captain Silverman has been summoned to return to active duty in Japan.

6.  **RESTITUTION**. Since returning to work, the Defendant has set aside Three Hundred ($300.00) Dollars per month towards restitution. At sentencing, he is going to remit payment in the amount of Three Thousand Six Hundred ($3,600.00) Dollars towards his share of the restitution for the losses that were incurred.

7.  **SENTENCING ALTERNATIVE**. Boot Camp. The Defendant qualifies for Boot Camp. The Boot Camp Confinement Center requires

that the Defendant spend six (6) months in custody at the center, going through all aspects of military training. Thereafter, the Defendant would begin Phase 1, which requires that he spend two (2) to three (3) months in a halfway house in a residential capacity.

Thereafter, he would enter Pre-Release (Phase 2), wherein he will spend two (2) to three (3) months in a halfway house with reintroduction into society through furloughs and home visitation.

The final phase requires the Defendant to complete the balance of his incarcerative sentence on home detention.

8.   The Defendant reserves his right to supplement his reply to the Pre-Sentence Investigation or motion for departure. An Amended Pre-Sentence Investigative Report was received on June 25, 2002, but has not been reviewed as of the signing and filing of this pleading.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed and hand delivered this 26 day of June, 2002, to JEFFREY KAPLAN, ASSISTANT U.S. ATTORNEY, U.S. Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 (954-356-7336); and ORLANDO BURGOS, Probation Officer, 300 Northeast 1st Avenue, Suite

315, Miami, Florida 33132 (305-523-5496).

                          TED CRESPI, P.A.
                          Attorney for Defendant
                          Prudential Plaza, Suite 218
                          1776 North Pine Island Road
                          Plantation, Florida 33322
                          Telephone: (954) 475-7111
                          Facsimile: (954) 475-7211

BY: _____
       TED CRESPI, ESQUIRE
       Florida Bar No. 437689