JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    PLAINTIFF,          :

v.          :

ERIC SILVERMAN,          :

    DEFENDANT.          :

_____



GOVERNMENT'S MOTION FOR DOWNWARD
DEPARTURE UNDER SECTION 5K1.1
OF THE SENTENCING GUIDELINES

The United States of America, by and through its undersigned Assistant United States

Attorney, hereby requests the court for a downward departure from the guideline range of the

defendant under Section 5K1.1 of the Sentencing Guidelines and states as follows:

  1.  In June 2000, the defendant was charged in an eleven count indictment which also

charged Mark Cohen, Bruce Hollander and others.  On September 5, 2000, the defendant pled

guilty to Counts I and II of the Indictment, which charged him in Count I with conspiring to

commit bank fraud, in violation of 18 U.S.C. Section 371, and in Count II with bank, in violation

of 18 U.S.C. Section 1343.  The PSI currently reflects that the guideline range of the defendant is

37-46 months.

  2.  The defendant has provided substantial assistance in the investigation or

prosecution of another person who has committed an offense.  The defendant began cooperating

in late 1998 after being approached by auditors from HUD.  The defendant provided information

regarding all the participants in the scheme.  He also acted in an undercover capacity by engaging

in recorded conversations with co-defendant Bruce Hollander.  The defendant also testified at the

trial of co-defendant Hollander.    In all nine defendants pled guilty and co-defendant Hollander

was convicted at trial.

<div style="margin-left:40%;">

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
Court No. A5500030
500 E. Broward Blvd., 7th Flr
Fort Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of June, 2002 to Ted Crespi, Esquire, 1776 Pine Island Road, Suite 218, Plantation, Florida 33322.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY