SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JUN 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6168-CR-FERGUSON

DEFENDANT __ ERIC SILVERMAN __   JUDGE __ WILKIE D. FERGUSON JR., __

Deputy Clerk __ Karen Gardner __   DATE __ June 28, 2002 __

Court Reporter __ Carly Horenkamp __   USPO __ Michael Santucci __

AUSA __ Jeffrey Kaplan __   Deft's Counsel __ Ted Crespi, Esq., __

COUNTS DISMISSED_____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years   Months   Counts

_____   12 X 1 day   1 & 2 (to run concurrently)

Supervised Release _____
Probation   Years   Months   Counts

   3   _____   1 & 2 concurrently

Comments. 5K(1) Downward Departure filed by the Government; Granted by the Court. Restitution ordered in the amt. of $642,128.00. Agencies responsible for the enforcement are: U.S. Probation; Bureau of Prisons and U.S. Attorneys Office. Special Conditions: (1) Maintain Employment (2) No Securities Business (3) No Self-employment (4) Financial Disclosure.

Assessment $ 200.00 (Counts 1 & 2)       Fine $ 0

Restitution /Other $642,128.00 ($616,220.00 HUD; $25,400 Wells Fargo)

_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

__✓__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 7/18/02

**Commitment Recommendation:** __ S Fl facility __.

279