DEFENDANT: ERIC SILVERMAN
CASE NUMBER: 00-6168-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twelve (12) months and one (1) day as to both counts one and two of the eleven count indictment to run concurrently.**

The Court recommends to the Bureau of Prisons:

- That the defendant be incarcerated in a South Florida Facility

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on July 8, 2002.**

## RETURN

I have executed this judgment as follows:

FILED by _____ D.C.
AUG 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Defendant delivered on __07-16-2002__ to __FPC-Miami__

at __15801 S.W. 137 Avenue__, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: J. Maseda, L.I.E.
~~Deputy U.S. Marshal~~