UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ERIC SILVERMAN,
    Defendant.
_____/


FILED by _____ D.C.
JUL 11 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER CORRECTING AND AMENDING THE JUDGMENT ORDER IN A CRIMINAL CASE

**THIS MATTER** come before the court upon motion from the U.S. Probation Office to correct an administrative error in the Judgment Order published on June 28, 2002, pertaining to the defendant named above. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1. The Judgment Order imposed by the Court on June 28, 2002, is hereby **modified** to reflect the amount of restitution due to the Department of Housing and Urban Development as **$616,228.00.**

2. All remaining conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___11th___ day of July, 2003.

**copy furnished:**
AUSA Jeffrey Kaplan
Ted Crespi, Esq.
United States Probation Office
United States Bureau of Prisons
United States Marshal Service

                                        _____
                                        Daniel T. K. Hurley
                                      United States District Judge