PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64384

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6168-CR-HURLEY/VITUNAC</u>

FILED by _____ D.C.  
OCT 10 2003  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

<u>Request for Modifying the Conditions or Term of Supervision</u>  
<u>with Consent of the Offender</u>  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Eric Silverman

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, U.S. District Court Judge,  
Fort Lauderdale, Florida

Date of Original Sentence: June 28, 2002

Original Offense:   Ct.1: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 371, a Class D Felony.

   Ct.2: Bank Fraud, 18 U.S.C. § 1344, a Class B Felony.

Original Sentence:   Custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day, followed by a three (3) year term of supervised release. Special conditions include: Complete access to financial information; maintain full-time, legitimate employment; shall not engage in any business that offers securities, investments or business opportunities to public; prohibited from engaging in telemarketing, direct mail, or national advertising campaigns for business purposes without the permission of the USPO; prior approval before entering into self-employment; restitution in the amount of $616,228.00 and a special assessment in the amount of $200.00.

Type of Supervision: Supervised Release      Date Supervision Commenced: May 21, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for ___ years, for a total term of ___ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $500.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

PROB 12B                                                    SD/FL PACTS No. 64384
(SD/FL 9/96)

**PAGE 2**
**NAME OF OFFENDER: ERIC SILVERMAN    CASE NUMBER:    00-6168-CR-HURLEY**

## CAUSE

The defendant was ordered to make restitution in the sum of $616,228.00. A financial investigation was conducted to determine the defendant's ability to make monthly restitution payments. Mr. Silverman reported an total net monthly income of $3,445. His total allowable expenses are $2,635. He has a net monthly cash flow of $981. Considering the fact that most of the family income is his wife's income, payments were set at $500.00 per month. The defendant has signed a Financial Obligation Agreement establishing restitution payments at $500.00 per month commencing on July 18, 2003 and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached petition modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by  *[signature]*

R. Kelly Cutright,
U.S. Probation Officer
Phone: (305) 808-6422
Date: October 7, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

*[date]*
Date

PROB 49 (3/89)   SD/FL PACTS #64384

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay restitution at the rate of $500.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

Witness: _____
U.S. Probation Officer
R. Kelly Cutright

Signed: _____
Probationer or Supervised Releasee
Eric Silverman

9/30/03
Date

CONFIDENTIAL
DO NOT FILE DO NOT SCAN
RETURN TO PROBATION