UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC SILVERMAN,

    Defendant.
_____/

## CONSENT AGREEMENT

The United States of America and <u>Eric Silverman</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the <u>$642,128.00</u>, restitution imposed in the Judgment In A Criminal Case entered herein <u>June 28</u>, 20<u>02</u> and amended on <u>July 11</u>, 20<u>03</u>, against Defendant <u>Eric Silverman</u>, pursuant to the following terms.

1. The Defendant, <u>Eric Silverman</u>, shall pay the restitution balance of <u>$622,303.00</u>, plus any statutory interest (at a current rate of 2.060%) pursuant to 18 USC 3612(f) to the United States of America in the amount of <u>$500.00</u> per month, beginning <u>May 1</u>, 20<u>06</u>, following expiration of supervision and each month thereafter until the obligation is paid in full, or the expiration of twenty years plus time of incarceration pursuant to 18 USC § 3613(b), which ever occurs first.

2. The Defendant, <u>Eric Silverman</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section
        301 North Miami Avenue
        Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3. The Defendant, <u>Eric Silverman</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to pursue legal remedies to seek collection of the balance of the judgment.

5. The Defendant, <u>Eric Silverman</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $642,128.00 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

_____  By: _____
Defendant: Eric Silverman                Elizabeth Ruf Stein
4416 S Swann Avenue                      Assistant U.S. Attorney
Tampa, FL 33609                          Financial Litigation
Phone: (305) 710-1885                    99 N.E. 4th Street, #313
SSN #: 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                       Miami, FL 33132-2111
                                         Phone:(305) 961-9313
                                         Fax: (305) 530-7139
                                         Fla Bar No. 354945
                                         elizabeth.stein@usdoj.gov

_____
Brad Vaughn
U.S. Probation Officer
501 E Polk Street
Room 900
Tampa, FL 33602
Phone: (813) 301-5514
Fax: (813) 301-5507

Dated this 24th day of March, 2006.