UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC SILVERMAN,

    Defendant.
_____/



### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $642,128.00, entered on June 28, 2002 and amended on July 11, 2003, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida this 17th day of April, 2006.

                                            DANIEL T.K. HURLEY
                                            UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
      Eric Silverman, Defendant
      Brad Vaughn, U.S.P.O.

363/RB