PROB 12A  
(SD/FL 9/96)

SD/FL PACTS No. 64384

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

**Report on Offender Under Supervision**



FILED by _____ D.C.

MAY 10 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Name of Offender: Eric Silverman            Case Number: 00-6168-CR-HURLEY/VITUNAC

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, United States District Judge

May 22, 2003:      Case reassigned to The Honorable Daniel T. K. Hurley, Judge, United States District Court, West Palm Beach, Florida

Date of Original Sentence: June 28, 2002

Original Offense:   Conspiracy to Commit Bank Fraud, Title 18 U.S.C. § 371, a Class D Felony. Bank Fraud, 18 U.S.C. § 1344, a Class B Felony.

Original Sentence:  Twelve (12) months and one (1) day custody of the Bureau of Prisons, followed by three (3) years of supervised release. Special conditions include: 1) Complete access to financial information, 2) Maintain full-time legitimate employment, 3) Restricted employment, 4) No self-employment without prior approval, and 5) Restitution in the amount of $642,128.00, and special assessment in the amount of $200.00.

July 11, 2003:     Order Correcting and Amending the Judgment Order: Court ordered the Judgment Order imposed by the Court on June 28, 2002, be modified to reflect the amount of restitution due to the Department of Housing and Urban Development as $616,228.00. All remaining conditions of the Judgment Order to remain in effect.

October 9, 2003:   Probation Form 12B: Court ordered the subject to pay restitution at the rate of $500.00 per month.

Type of Supervision: Supervised Release        Date Supervision Commenced: May 21, 2003

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

